IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOELLEN LYONS DILLON,<br><br>              Plaintiff,<br><br>v.<br><br>REED SMITH, LLP,<br><br>              Defendant. | Civil Action No.: 2:10-cv-01618-NBF |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Plantiff Joellen Dillon hereby voluntarily dismisses this action in its entirety, with prejudice, against Defendant Reed Smith, LLP. Each party to bear its own costs.

Date: May 5, 2011

Respectfully submitted,

/s/ Samuel J. Cordes
Samuel J. Cordes, (PA Bar No. 54874)
scordes@cordeslawfirm.com
Christine T. Elzer,. (PA Bar No. 208157)
celzer@cordeslawfirm.com

Samuel J. Cordes & Associates
245 Fort Pitt Boulevard
Pittsburgh, PA 15222
Telephone:  (412) 471-8500
Facsimile:  (412) 471-8503

*Counsel for Plaintiff JoEllen Dillon*

AND NOW, this 5th day of May, 2011, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE